

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-15-00142-CR

Style:        Willie Felder

       **v** The State of Texas

Date motion filed*:        May 13, 2015

Type of motion:        Motion for extension of time to file the reporter's record

Party filing motion:        Appellant

Document to be filed:        Reporter's record

If motion to extend time:

       Original due date:        March 31, 2015

       Number of extensions granted:        0        Current Due date: March 31, 2015

       Date Requested:        60 days from date of motion

Ordered that motion is:

       ☑      Granted

             If document is to be filed, document due: July 13, 2015

             ☑     No further extensions of time will be granted

       ☐      Denied

       ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

       ☐      Other: _____

       **Appellant is ordered to provide proof, which must come from the court reporter, of payment for preparation of the reporter's record by no later than Monday, July 13, 2015. No further extensions will be granted. Unless appellant provides such proof, the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).**

Judge's signature: /s/ Chief Justice Sherry Radack

             ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: May 21, 2015
November 7, 2008 Revision